**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

**Bernard Byais**                                                                                    **Plaintiff**

**v.**                              **CASE NO. 3:14CV00041 JTK**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                    **Defendant**

<u>**JUDGMENT**</u>

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED,

and ADJUDGED that the final decision of the Commissioner of the Social Security

Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 7th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE